UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

|  | Civil No: 17-1256 (JRT/KMM) |
|---|---|
| AH'MEN MCGILL, | |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| THE CITY OF MINNEAPOLIS, | |
| Defendant. | |

_____

Andrew J. Noel, Robert Bennett, **GASKINS BENNETT BIRRELL SCHUPP, LLP,** 333 South Seventh Street, Suite 3000, Minneapolis, MN 55402, for plaintiff.

Brian Scott Carter, **MINNEAPOLIS CITY ATTORNEY'S OFFICE,** 350 South Fifth Street, Room 210, Minneapolis, MN 55415, for defendants.

The parties filed a stipulation of dismissal with prejudice [Docket No. 11].

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that this case shall be **DISMISSED WITH PREJUDICE**, each party bearing its own attorney fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 8, 2017  
at Minneapolis, Minnesota _____s/John R. Tunheim_____  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court